

**ORDERED in the Southern District of Florida on December 22, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
    KYLE D BOUDREAUX                      CASE NO: 23-20178-MAM
    DEIDRE A BOUDREAUX                  CHAPTER 13
                                                               West Palm Beach Division

        Debtors
_____/

## ORDER GRANTING DEBTORS' EXPEDITED MOTION TO CONTINUE THE AUTOMATIC STAY

**THIS MATTER** came before the Court on December 19, 2023 regarding the Debtor's Expedited Motion to Continue the Automatic Stay (ECF#14), it is hereby:

**ORDERED:**

1. The Debtors' Motion to Continue the Automatic Stay is **GRANTED.**

2. The Automatic Stay is extended as to all creditors in this case for the duration of the case, or until this Court orders otherwise.

###

Submitted by:

Sean I. Koplow, P.A.
8461 Lake Worth Rd., Suite 204
Lake Worth, FL  33467
Telephone:  561/642-3000
Facsimile:  561/425-6061
email:  seankoplow@gmail.com

Sean I. Koplow, Esquire is directed to serve a conformed copy of this order to all interested parties upon receipt.