UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                  CASE NO.: 23-20178-MAM
Kyle D Boudreaux,                                                                   CHAPTER 13

    Debtor,;

Deidre A Boudreaux,
    Joint Debtor.

_____/

### OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (DE #2), and states as follows:

1. Debtor, Kyle D Boudreaux, AND Joint Debtor, Deidre A Boudreaux ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 8, 2023.

2. Secured Creditor holds a security interest in the Debtors' real property located at 11845 N 171st Ln, Jupiter, FL 33478, by virtue of a Mortgage recorded on September 23, 2004 in Book 1784, at Page 1857 of the Public Records of Palm Beach County, FL.  Said Mortgage secures a Note in the amount of $334,800.00.

3. The Debtors filed a Chapter 13 Plan on December 8, 2023.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtors are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $158,980.65, whereas the Plan proposes to pay only $150,000.00.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b) (3) and 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to any plan which proposes to pay it anything less than $158,980.65 as the pre-petition arrearage over the life of the plan.

5. Pursuant to the loan documents, the regular monthly mortgage payment due is $2,754.69, not $2,700.00, as indicated in the Plan. Further, the monthly payment may be subject to periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed. Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtors' Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/Can Guner
Can Guner, Esquire
Florida Bar Number 20931
Email: cguner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Sean I. Koplow, Esq.
8461 Lake Worth Rd Suite 204
Lake Worth, FL 33467

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

Office Of The Us Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

Kyle D Boudreaux
11845 171 Ln N
Jupiter, FL 33478

Deidre A Boudreaux
11845 171 Ln N
Jupiter, FL 33478

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/Can Guner
Can Guner, Esquire
Florida Bar Number 20931
Email: cguner@raslg.com