UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              CASE NO.  23-20178-MAM

    KYLE D. BOUDREAUX
    DEIDRE A. BOUDREAUX
               Chapter 13

                                       West Palm Beach Division

       Debtor
_____/

### MOTION FOR TEMPORARY RELIEF FROM AUTOMATIC STAY TO PROCEED FORWARD WITH DEFENSE OF SPECIFIC PERFORMANCE LAWSUIT AND PROCEED FORWARD WITH A COUNTERSUIT AGAINST AI CORE, LLC

Comes now the Debtor**, KYLE D. BOUDREAUX and DEIDRE A. BOUDREAUX**, by and through undersigned counsel, hereby files this Motion pursuant to 11 U.S.C. § 362(d) and Rules 4001 and 9014, F.R.B.P, and local Rule 4001-1, and moves for relief from the automatic stay and states:

1. The Debtor filed a Chapter 13 petition on December 8, 2023.
2. On September 26, 2023, a Complaint for Specific performance was filed by AI Core, LLC in the 15th Judicial Circuit, Palm Beach County with Case No. 502023CA014147.
3. Debtors wish to proceed forward with defending the specific performance complaint as well as fling a counter suit.

**WHEREFORE** the Debtor, **KYLE D. BOUDREAUX and DEIDRE A. BOUDREAUX** request that this Court enter and Order granting temporary relief from the automatic stay to proceed forward with the Defense of the specific performance lawsuit as well as the filing of a counter suit against AI Core , LLC filed in the 15 th Judicial Circuit, Palm Beach County with Case No. 502023CA014147 and for further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished Via ECMF to A.U.S.T. and Robin R. Weiner, Chapter 13 Trustee and Marc Brown, ESQ. 6400 N. Andrews Avenue, Suite 510, Fort Lauderdale, FL 33309 this 22 nd day of February, 2024.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

          Sean I. Koplow, P.A.
          8461 Lake Worth Rd., Suite 204
          Lake Worth, FL  33467
          (561) 642-3000 Telephone
          (561) 425-6061 Facsimile
          email: seankoplow@gmail.com

By:   */s/ Sean I. Koplow*
      Sean I. Koplow
      Attorney for the Debtors
      FBN:  0463205

SIK:sk