

ORDERED in the Southern District of Florida on March 26, 2024.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
    KYLE D BOUDREAUX                              Case No. 23-20178-MAM
    DEIDRE A BOUDREAUX                        Chapter 13

                                                                 West Palm Beach Division

          Debtors
_____/

## ORDER GRANTING DEBTORS' MOTION FOR TEMPORARY RELIEF FROM AUTOMATIC STAY TO PROCEED FORWARD WITH DEFENSE OF SPECIFIC PERFORMANCE LAWSUIT AND PROCEED FORWARD WITH A COUNTERSUIT AGAINST AI CORE, LLC

    Based upon the record, without opposition on the consent portion of the chapter 13 calendar on March 7, 2024 regarding the Debtors' Motion For Temporary Relief from Automatic Stay to Proceed Forward with Defense of Specific Performance Lawsuit and Proceed Forward with a Countersuit Against AI Core, LLC (ECF#29), it is hereby::

**ORDERED** that:

1. Debtors' Motion for Temporary Relief of Stay with Creditor AI Core, LLC is **GRANTED**.

2. The Debtors are permitted to proceed forward with defense of specific performance lawsuit and proceed with a countersuit against creditor AI Core, LLC.

3. The automatic stay is extended to all creditors in this case for the duration of the case, or until this Court orders otherwise.

###

Submitted by:

SEAN I.KOPLOW, P.A.
8461 Lake Worth Rd., Suite 204
Lake Worth, FL  33467
Telephone:  561/642-3000
Facsimile:  561/965-4966
email: seankoplow@gmail.com

Sean I. Koplow Esquire is directed to serve all parties of interest and file a Certificate of Service.